■ In the Matter of HUMMING BIRD CAR SERVICE, INC., Appellant, v NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, Respondent. [731 NYS2d 356] —Order and judgment (one paper), Supreme Court, New York County (Michael Stallman, J.), entered May 8, 2000, unanimously affirmed for the reasons stated by Stallman, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Saxe and Buckley, JJ.